UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CURTIS L. GLOVER, SR.,

        Plaintiff,

v.                                                                    Case No. 8:18-cv-1248-T-AEP

ANDREW M. SAUL,
Commissioner of Social Security,

        Defendant.

_____/

**ORDER**

      This cause comes before the Court upon Plaintiff's Unopposed Motion for Award of Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 33).  On August 15, 2019, this Court entered an Order reversing and remanding the decision of the Commissioner under sentence four of 42 U.S.C. § 405(g) (Doc. 31).  Thereafter, the Clerk entered judgment in favor of Plaintiff (Doc. 32).  Upon remand, the Commissioner issued a favorable decision for Plaintiff resulting in an award of disability benefits (Doc. 33-3).  As a result of the favorable decision, Plaintiff's counsel now seeks payment of fees in the amount of $17,605.00 pursuant to 42 U.S.C. § 406(b), with an amount of $6,860.02 to be reimbursed to Plaintiff for payment of the estimated EAJA fees Plaintiff would have been awarded if he filed an EAJA petition.

Under 42 U.S.C. § 406(b), when a court renders a judgment favorable to a Social Security claimant who was represented before the court by counsel, the court may allow a reasonable fee for such representation, not to exceed twenty-five percent of the total past-due benefits to which the claimant is entitled.  42 U.S.C. § 406(b)(1)(A).  A plaintiff's counsel may recover attorneys' fees under both 42 U.S.C. § 406(b) and EAJA.  *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).  The plaintiff's attorney must, however, refund to the plaintiff the amount of the smaller fee.  *Id.* Here, the Social Security Administration withheld a total of $18,654.50 from Plaintiff's past-due benefits for possible payment of attorney's fees in federal court (Doc. 33).  Upon review of the fee agreement (Doc. 33-1) and the itemization of services rendered by counsel (Doc. 33-2), the Court determines that an award of fees in the total amount of $17,605.00 is reasonable and appropriate.  Accordingly, it is hereby

ORDERED:

1.  Plaintiff's request for an award of attorney's fees under 42 U.S.C. § 406(b) (Doc. 33) is GRANTED.

2.  Plaintiff's counsel is awarded fees in the amount of $17,605.00 pursuant to 42 U.S.C. § 406(b).

DONE AND ORDERED in Tampa, Florida, on this 2nd day of March, 2021.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:  Counsel of Record